| | |
|---|---|
| 1 | GARY M. RESTAINO |
| 2 | United States Attorney<br>District of Arizona |
| 3 | ANTHONY W. CHURCH |
| 4 | Assistant U.S. Attorney<br>Arizona State Bar No. 021025 |
| 5 | Email: Anthony.Church@usdoj.gov<br>Two Renaissance Square |
| 6 | 40 N. Central Ave., Suite 1800<br>Phoenix, Arizona 85004 |
| 7 | Telephone: 602-514-7500<br>Attorneys for Plaintiff |

```
         FILED      ___ LODGED
  ___ RECEIVED  ___ COPY

         MAR 2 8 2023

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-8050-PCT-MTL (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | VIO: 18 U.S.C. §§ 1153, 113(a)(8), (b)(4), and 2266 |
| Nehemiah Jake Williams, | (CIR: Assault by Strangling) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

On or about November 17, 2022, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, NEHEMIAH JAKE WILLIAMS, an Indian, did intentionally, knowingly, and recklessly assault T. H., who was a spouse, intimate partner and a dating partner, by strangling her and attempting to strangle her.

In violation of Title 18, United States Code, Sections 1153, 113(a)(8), (b)(4), and 2266.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: March 28, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

S/
ANTHONY W. CHURCH
Assistant U.S. Attorney